UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-511 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JARRELL JAMES QUINCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:    Distribution Of Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>:    December 24, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with an offense involving a victim under the age of

DETENTION ORDER
PAGE -1

18 under 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.	The government alleges that, in addition to uploading several hundred images of child pornography, the defendant has been involved in hands on molestation of minors, and has expressed an active intent in internet chat rooms to continue the activity.

3.	Defendant has a record of emotional instability and includes acting out by cutting his wrists.  He has a history of current alcohol use.

4.	Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01     for the defendant, to the United States Marshal, and to the United State Pretrial Services

02     Officer.

03     DATED this 24th day of December, 2014.

                                                    Mary Alice Theiler
                                                    Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3