THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRELL JAMES QUINCY,<br><br>    Defendant. | CASE NO. CR15-0009-JCC<br><br>MINUTE ORDER CONTINUING TRIAL DATE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and pretrial motions deadline (Dkt. No. 20) and Speedy Trial Waiver (Dkt. No. 21).

The Court finds that failure to grant the continuances would deny counsel the reasonable time necessary to effectively prepare, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further finds that the interests of justice will be served by ordering the continuances in this case and that said continuances are necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1      It is therefore **ORDERED** that the trial date in this matter be continued from March 30, 2015 **to July 20, 2015.** The due date for pretrial motions is hereby extended to **June 11, 2015.** Trial briefs and proposed *voir dire* questions will be due **July 14, 2015**.

The period of time from the previous trial date of March 30, 2015 to July 20, 2015 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DATED this 23rd day of February 2015.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk
