THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0009-JCC |
| Plaintiff, | MINUTE ORDER CONTINUING JURY TRIAL |
| v. | |
| JARRELL JAMES QUINCY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's third unopposed motion to continue the trial date and pretrial motions deadline (Dkt. No. 32) and previously-filed Speedy Trial Waiver which waives time until October 31, 2015 Dkt. No. 30). The Court understands that the requested continuance will enable Mr. Quincy to avail himself of a global resolution of both civil and criminal charges against him.

The Court finds that the interests of justice will be served by ordering the continuance in this case and that said continuances are necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial date in this matter be continued from September 21, 2015 to October 5, 2015. The due date for pretrial

MINUTE ORDER CONTINUING JURY TRIAL,
CR15-0009-JCC
PAGE - 1

motions is hereby extended to September 1, 2015. Trial briefs and proposed voir dire questions will be due September 23rd, 2015.

The period of time from the previous trial date of September 21, 2015 to October 5, 2015 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 10 day of August 2015.

William M. McCool  
Clerk of Court

s/Rhonda Stiles  
Deputy Clerk